UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR., an individual; and TERRA HIESHETTER, an individual, <br><br>              Plaintiffs, <br><br>v. <br><br>FAIAH DELLY, d/b/a WINTERGARDENS LIQUOR; SUSIE DELLY, d/b/a WINTERGARDENS LIQUOR; RAAD J. FARIDA; MAKARIM F. FARIDA; and DOES 1 through 10, inclusive, <br><br>              Defendants. | Case No. 06cv1613-LAB (BLM) <br><br> **ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO <u>TELEPHONIC</u> EARLY NEUTRAL EVALUATION CONFERENCE** |

     On October 6, 2006, David Wakefield, counsel for Plaintiffs, lodged in Chambers a written request to continue the Early Neutral Evaluation Conference currently scheduled for October 11, 2006 at 1:30 p.m.  In support, counsel represents that on October 2, 2006, he received a voicemail message from attorney Freddy Garmo, Esq., indicating that Garmo had been retained as counsel for Defendants Faiah and Susie Delly. To date, however, Plaintiffs' counsel has been unable to confirm Garmo's representation of these Defendants, and no substitution of counsel has

been filed. Plaintiff's counsel also represents that the Early Neutral Evaluation Conference is unlikely to be productive on the date scheduled because not all named Defendants have responded to Plaintiffs' complaint.

On the record presented, the Court finds it inappropriate to continue the Early Neutral Evaluation Conference. However, given Plaintiffs' counsel's representations, the Early Neutral Evaluation Conference currently scheduled for **October 11, 2006** at **1:30 p.m.** is hereby converted to a telephonic Early Neutral Evaluation Conference. All counsel and unrepresented parties shall appear telephonically at this conference. <u>Plaintiffs' counsel shall initiate the conference call.</u> Failure of counsel and any unrepresented parties to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: October 6, 2006

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE LARRY ALAN BURNS
U.S. DISTRICT JUDGE

ALL COUNSEL