UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR., an individual; and TERRA HIESHETTER, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FAIAH DELLY, d/b/a WINTERGARDENS LIQUOR; SUSIE DELLY, d/b/a WINTERGARDENS LIQUOR; RAAD J. FARIDA; MAKARIM F. FARIDA; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Civil No. 06cv1613-LAB (BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

　　　　On October 11, 2006 at 1:30 p.m. the Court convened a telephonic Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were David Wakefield, Esq. on behalf of Plaintiffs and Freddy Garmo, Esq. on behalf of Defendants Faiah and Susie Delly. Defendants Raad and Makarim Farida did not appear on the conference call.

　　　　Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the

following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

2. The Rule 26(f) conference shall be completed on or before **October 25, 2006**;

3. A joint discovery plan shall be lodged with Magistrate Judge Barbara L. Major on or before **November 1, 2006**;

4. Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur on or before **November 8, 2006**; and,

5. A Case Management Conference pursuant to Rule 16(b) shall be held on **November 16, 2006** at **2:00 p.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **Counsel shall appear telephonically.** The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions. Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

**IT IS SO ORDERED.**

Dated: October 11, 2006

BARBARA L. MAJOR
United States Magistrate Judge

1  COPY TO:

2  HONORABLE LARRY ALAN BURNS
   UNITED STATES DISTRICT JUDGE
3
   ALL COUNSEL AND PARTIES