# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR., an Individual; and TERRA HIESHETTER, an individual,<br><br>Plaintiff,<br>vs.<br>FAIAH DELLY d.b.a. WINTERGARDENS LIQUOR; SUSIE DELLY d.b.a. WINTERGARDENS LIQUOR; RAAD J. FAIRDA; MAKARIM F. FARIDA; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 06cv1613-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

On November 14, 2006, all parties submitted a joint motion to dismiss with prejudice all Defendants, pursuant to Fed. R. Civ. P. 41. The motion was signed by counsel for all parties. Therefore, all Defendants are **DISMISSED** with prejudice, and this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

DATED: November 29, 2006

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge